**NOT FOR PUBLICATION** **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| GERALD TUCKER, | : | |
| | : | Civil Action No. 14-5895 (FSH) |
| Petitioner, | : | |
| | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| | : | |
| MR. FISHMAN, | : | |
| | : | |
| Respondent. | : | |

This matter having previously been administratively terminated because Petitioner did not use the habeas form supplied by the Clerk for section 2254 petitions; and

It appearing that Petitioner has now submitted an Notice of Amended and Supplemental Pleadings; and

The Court having reviewed the filing and finding that Petitioner has failed to correct the deficiencies as stated in this Court's previous Order; therefore

IT IS on this 23rd day of October, 2014;

ORDERED that the Clerk of the Court shall reopen the file in this matter; and it is further

ORDERED that Petitioner shall be granted thirty days leave in which to file an amended Petition to cure the deficiencies in the filing; and it is further

ORDERED that the Clerk of the Court shall forward Petitioner a blank habeas petition form—AO 241 (modified):DNJ-Habeas-008(Rev.01-2014); and it is further

ORDERED that if Petitioner wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of the Court, Clarkson S. Fisher U.S. Courthouse and Federal

Bldg., 402 East State Street, Trenton, New Jersey 08608, within 30 days of the date of entry of this Memorandum and Order; Petitioner's writing shall include a complete, signed habeas petition on the appropriate form; and it is further

ORDERED that upon receipt of a writing from Petitioner stating that he wishes to reopen this case, and a complete, signed petition, the Clerk of the Court will be directed to reopen this case; and it is finally

ORDERED that the Clerk of the Court shall close the file in this matter.

s/ Faith S. Hochberg  
FAITH S. HOCHBERG  
United States District Judge